UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON B. HILL                                                                CIVIL ACTION

VERSUS                                                                          NUMBER: 12-0551

STATE OF LOUISIANA                                                   SECTION: "S"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Aaron B. Hill for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  6th  day of    February    , 2013.

UNITED STATES DISTRICT JUDGE